JOSIAH C. BENNETT and another

*vs.*

GEORGE HOLMES and another.

Androscoggin.    Opinion February 3, 1887.

*Indorsement of writs.    R. S., c. 81, § 6.*

A writ was indorsed "No. 262. From the office of J W. Mitchell." *Held,* sufficient compliance with R. S., c. 81, § 6.

ON exceptions.

A real action. The plaintiffs were described in the writ as residents of Lynn, Massachusetts. On the first day of return term, the defendants filed a motion to abate the writ, because it was not indorsed before entry in court by a citizen of this state, as required by statute. The writ was indorsed as shown in the opinion, and the court held that was sufficient; to that ruling, the defendants alleged exceptions.

*J. W. Mitchell*, for the plaintiffs, cited: *Stone* v. *McLanathan*, 39 Maine, 131; *Richards* v. *McKenney*, 43 Maine, 177; *Booker* v. *Stinchfield*, 47 Maine, 340; *Sawtelle* v. *Wardwell*, 56 Maine, 146; 8 Cush. 98; 3 Pick. 442; 8 Pick. 25; 11 Pick. 66; *Wrights* v. *Coles*, 11 Met. 293.

*David Dunn*, for the defendants.

We cite the case *Gilmore* v. *Crosby et al.* 76 Maine, 599. That case settles this case clearly and firmly.

HASKELL, J.  It is settled law in this state, that an indorsement of a writ as follows, " No. 262.  From the office of J. W. Mitchell," is sufficient.  *Jacobs* v. *Benson*, 39 Maine, 132 ; *Richards* v. *McKenney*, 43 Maine, 177 ; *Sawtelle* v. *Wardwell*, 56 Maine, 146.  The indorsement in *Gilmore* v. *Crosby*, 76 Maine, 599, was in different form.

*Exceptions overruled.*

PETERS, C. J., WALTON, VIRGIN, LIBBEY and EMERY, JJ., concurred.